TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-97-00292-CR

Patty Johnson, Appellant

v.

The State of Texas, Appellee

FROM THE COUNTY COURT AT LAW NO. 2 OF BELL COUNTY

NO. 2C96-5920, HONORABLE JOHN BARINA, JUDGE PRESIDING

PER CURIAM

 This is an appeal from the judgment of conviction for assault with bodily injury. Appellant
has filed a motion to withdraw the appeal. No decision of this Court has been delivered. The motion is
granted and the appeal is dismissed. See Tex. R. App. P. 42.2(a).

Before Justices Powers, Aboussie and B. A. Smith

Appeal Dismissed on Appellant's Motion

Filed: October 9, 1997

Do Not Publish